IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


LAMAR LANDERS,

    Petitioner,

v.                                            CASE NO. 4:05-cv-00417-MP-WCS

JAMES McDONOUGH,

    Respondent.

_____/

**O R D E R**

       This matter is before the Court on Doc. 10, Report and Recommendation of the Magistrate Judge, recommending that Petitioner's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, Doc. 1, be denied with prejudice. The Magistrate Judge filed the Report and Recommendation on Friday, June 2, 2006. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections were made.

       Petitioner challenges his conviction in state court for robbery with a deadly weapon, and in support raises four arguments in his habeas petition. While some of Petitioner's claims are procedurally defaulted, the Court agrees with the Magistrate that it is easier to address the merits of such claims despite the default. As to claims that were properly exhausted and adjudicated in state court, this Court's review is limited. The Court agrees with the Magistrate that Petitioner has not shown that the state court's adjudication of the merits of his federal claims resulted decisions that were "contrary to, or involved an unreasonable application of, clearly established

Federal law, as determined by the Supreme Court of the United States." 28 U.S.C. § 2254(d)(1). The grounds raised by Petitioner–ineffective assistance of counsel, insufficiency of the evidence, and denial of due process and a fair trial–are all either procedurally barred or without merit, as extensively explained in the Magistrate's Report.  Therefore, having considered the Report and Recommendation and lack of objections thereto filed, I have determined that the Report and Recommendation should be ADOPTED.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Petitioner's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, Doc. 1, is denied with prejudice.

**DONE AND ORDERED** this   *22nd* day of December, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge